IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHRISTOPHER LOVELACE,

    Plaintiff,

v.                                                          Civil Action No. 3:18CV138

BASKERVILLE CORRECTIONAL CENTER,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 13, 2018, the Court conditionally docketed this action. At that time, the Court directed Christopher Lovelace to affirm his intention to pay the full filing fee by signing and returning the consent to collection of fees form. The Court warned Lovelace that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Lovelace has not complied with the orders of this Court. Lovelace failed to return the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant action. <u>See</u> 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Lovelace.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: May 3, 2018
Richmond, Virginia